IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUSSELL BERGER,                                                                                    PLAINTIFF
ADC #115855

V.                              CASE NO. 5:17-CV-00258 BRW-JTR

CLARK,
*Food Service Supervisor, Varner Unit,* et al.                                          DEFENDANTS

## ORDER

The parties have reached a settlement in principle, but need additional time to effectuate the terms of their agreement. Accordingly, this matter is administratively closed.

IT IS SO ORDERED this 6th day of February, 2019.

                                                                      /s/ Billy Roy Wilson _____
                                                                      UNITED STATES DISTRICT JUDGE